Fill in this information to identify your case:

United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | Rice Enterprises, LLC | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 27-1171330 | |

4. Debtor's address

**Principal place of business**

5415 Clairton Blvd.
Number    Street

Pittsburgh    PA    15236
City    State    ZIP Code

Allegheny County
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Rice Enterprises, LLC
_____  Case number (*if known*)_____

---

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
7225

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When ___/___/_____ Case number _____
                                         MM / DD / YYYY
         District _____ When ___/___/_____ Case number _____
                                         MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
         District _____ When ___/___/_____
                                                        MM / DD / YYYY
         Case number, if known _____

---

Debtor  Rice Enterprises, LLC
_____   Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number      Street

_____

_____  _____  _____
City                                   State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name  _____

Phone         _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Rice Enterprises, LLC
      Name

Case number (if known) _____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2023
           MM / DD / YYYY

X  /s/ Michele Rice
Signature of authorized representative of debtor

Printed name: Michele Rice

Title: Sole Member

**18. Signature of attorney**

X  /s/ Kirk B. Burkley
Signature of attorney for debtor

Date  03/15/2023
   MM / DD / YYYY

Printed name: Kirk B. Burkley
Firm name: Bernstein-Burkley, P.C.
Number Street: 601 Grant Street 9th Floor
City: Pittsburgh
State: PA
ZIP Code: 15219

Contact phone: 412-456-8100
Email address: kburkley@bernsteinlaw.com

Bar number: 89511
State: PA

**Fill in this information to identify the case:**

Debtor name: Rice Enterprises, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): _____

**THIS DEBTOR HAS LESS THAN 20 LARGEST UNSECURED CREDITORS**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | McDonalds USA<br>110 N. Wacker Dr.<br>Suite 4800<br>Chicago, IL, 60606 | Elizabeth McRee/Jones Day<br>312-269-4374 | Lawsuit - Indemnification Claim | Disputed | | | 1,000,000.00 |
| 2 | Edith Rice<br>7389 Heritage Palms Estate<br>Ft. Myers, FL, 33966 | 412-726-5354 | Loans | | | | 478,249.37 |
| 3 | Melissa Rice<br>151 3rd Street<br>Carnegie, PA, 15106 | 412-807-1960 | Contractual Claim | | | | 416,983.41 |
| 4 | American Express<br>P.O. Box 6031<br>Carol Stream, IL, 60197 | 800-492-8468 | Trade Debt | | | | 89,547.13 |
| 5 | Michele Rice<br>414 Bradley St.<br>Pittsburgh, PA, 15211 | 412-726-5351 | Loan | | | | 38,266.12 |
| 6 | Mangiovi & Son Fire Protection<br>190 Bilmar Drive<br>Pittsburgh, PA, 15205 | 412-922-6700 | Trade Debt | | | | 775.00 |
| 7 | JJ&L Construction, LLC<br>417 Rankin Airshaft Rd.<br>Uniontown, PA, 15401 | 724-984-0752 | Trade Debt | | | | 380.00 |
| 8 | FedEx Office<br>P.O. Box 672085<br>Dallas, TX, 75267-2085 | 800-488-3705 | Trade Debt | | | | 350.31 |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1

Debtor  Rice Enterprises, LLC
_____
Name

Case number *(if known)*_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Cuckler Plumbing<br>136 Watters Station Road<br>Evans City, PA, 16033 | 724-991-6941 | Trade Debt | | | | 235.00 |
| 10 | AT&T OneNet Service<br>555 E. Coot Street<br>5th Floor<br>Springfield, IL, 62703 | 800-647-3465 | Trade Debt | | | | 0.81 |
| 11 | L.H. vs. Rice Enterprises, LLC<br>c/o Swensen & Perer, PC<br>Grant Bldg., 310 Grant St., #1400<br>Pittsburgh, PA, 15219 | Alan Perer<br>412-281-1970 | Lawsuit | Disputed<br>Contingent | | | Unknown |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | **THIS DEBTOR HAS LESS THAN 20 LARGEST UNSECURED CREDITORS** | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

United States Bankruptcy Court

Western District of Pennsylvania

In re: Rice Enterprises, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/15/2023

/s/ Michele Rice
Signature of Individual signing on behalf of debtor

Sole Member
Position or relationship to debtor

American Express
P.O. Box 6031
Carol Stream, IL 60197


AT&T OneNet Service
555 E. Coot Street
5th Floor
Springfield, IL 62703


Cuckler Plumbing
136 Watters Station Road
Evans City, PA 16033


Edith Rice
7389 Heritage Palms Estate
Ft. Myers, FL 33966


FedEx Office
P.O. Box 672085
Dallas, TX 75267-2085


JJ&L Construction, LLC
417 Rankin Airshaft Rd.
Uniontown, PA 15401


L.H. vs. Rice Enterprises, LLC
c/o Swensen & Perer, PC
Grant Bldg., 310 Grant St., #1400
Pittsburgh, PA 15219


Mangiovi & Son Fire Protection
190 Bilmar Drive
Pittsburgh, PA 15205


McDonalds USA
110 N. Wacker Dr.
Suite 4800
Chicago, IL 60606


Melissa Rice
151 3rd Street
Carnegie, PA 15106


Michele Rice
414 Bradley St.
Pittsburgh, PA 15211

## WRITTEN CONSENT OF
## THE SOLE MEMBER OF
## RICE ENTERPRISES, LLC

WHEREAS, that Michele Rice is the Manager and the Sole Member (the "Member") of Rice Enterprises, LLC (the "Company");

BE IT RESOLVED that the Member is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Member under Pennsylvania Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the Member is authorized as the Member of the Company to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Member hereby authorizes the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Member of the above-named Company by written authorization on this _13_ day of March, 2023, in lieu of a meeting.

Rice Enterprises, LLC

_/s/ Michele Rice_
Michele Rice